LAURA E. ROSENBAUM, OSB No.110061
laura.rosenbaum@stoel.com
RYAN S. KUNKEL, OSB No.154671
ryan.kunkel@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LAUREN HUBLER, | Case No.:  3:23-cv-01974-SB |
| Plaintiff, | **STIPULATIONS** |
| v. | |
| NIKE, INC., | |
| Defendant. | |

Counsel for Plaintiff Lauren Hubler and Defendant NIKE, Inc. ("Nike") (collectively, the Parties) have conferred on some of the facts and legal issues presented by Plaintiff's claims.  To streamline the issues presented to the Court and jury, the Parties hereby stipulate to the following:

1.    On April 28, 2021, Plaintiff filed her EEOC charge alleging gender discrimination in violation of Title VII and ORS 659A.030. Under Title VII, individuals have 300 days in which to file an EEOC charge.  300 days prior to April 28, 2021 is July 2, 2020. Therefore, Plaintiff's

Page 1 – STIPULATIONS
152906138.1 0063718-00403

First and Second Claims for Relief alleging violations of Title VII are time-barred to the extent they rely on alleged adverse actions preceding July 2, 2020.

2.      Plaintiff's Third and Fourth Claims for Relief under ORS 659A.030(1)(b) are barred by the statute of limitations to the extent they are based on conduct occurring before September 29, 2019.

3.      For her Fifth Claim for Relief alleging violation of the Equal Pay Act, Plaintiff seeks damages for only the months of January and February 2021; any alleged damages that result from compensation awarded prior to January 1, 2021 are time-barred.

4.      Plaintiff voluntarily dismisses with prejudice her disparate impact claims under her First and Third Claims for Relief because there is no evidence of a neutral policy or practice causing a disparate impact.

5.      Plaintiff applied for or was interviewed for the roles of Sr. Dir., Finance Technology Business Planning; Sr. Dr. of Office and Technology Operations; and Sr. Dr. Inventory Operations, in late 2019, but acknowledges that Nike's decisions to hire other individuals instead of Plaintiff were not discriminatory for the purposes of her discrimination claims under Title VII or ORS 659A.030.  She does not seek recovery under Title VII or ORS 659A.030 based on Nike's decision not to hire her for those positions.  She did not apply for any other positions on or after September 29, 2019.

DATED:  July 6, 2026.

STEFFEN LEGAL SERVICES, LLC                STOEL RIVES LLP

  s/ Justin Steffen                                          s/ Ryan S. Kunkel
JUSTIN STEFFEN, OSB No.122411          LAURA E. ROSENBAUM, OSB No.110061
info@steffenlegal.com                          laura.rosenbaum@stoel.com
                                                    RYAN S. KUNKEL, OSB No.154671
Attorney for Plaintiff                          ryan.kunkel@stoel.com

                                                    Attorneys for Defendant

Page 1 – STIPULATIONS
152906138.1 0063718-00403

Page 1 – STIPULATIONS

152906138.1 0063718-00403