**Justin Steffen, OSB #122411**
*Attorney for Plaintiff*
Steffen Legal Services, LLC
2100 SE Lake Rd. #5
Milwaukie, OR 97222
971-570-9225
info@steffenlegal.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **LAUREN HUBLER,** | **Case No.: 3:23-cv-01974-SB** |
| Plaintiff, | **PLAINTIFF'S MOTION FOR EXTENSION OF SUMMARY JUDGMENT TIMELINES** |
| v. | |
| **NIKE, INC.,** | **FRCP 6** |
| | **UNOPPOSED** |
| Defendant. | |

### LR-7-1 CERTIFICATION

Counsel for both parties have conferred and Defendant does not oppose this motion.

### MOTION

PLAINTIFF moves the court for an order extending the time for Plaintiff to file a response to Defendant's Motion for Summary Judgment by 21 days, making Plaintiff's response due on August 17th, 2026. Plaintiff has conferred with Defendant's counsel on this matter and is also requesting that Defendant be given until September 16th, 2026 to file their reply.

**PLAINTIFF'S MOTION FOR EXTENSION OF SUMMARY JUDGMENT TIMELINES**
Page 1 of 2

Plaintiff makes this motion in good faith and not for any improper purpose or to cause undue delay.


Respectfully submitted on: 7/27/2026


By: s/ Justin Steffen_____
        Justin Steffen
        *Attorney for Plaintiff*
        Steffen Legal Services, LLC
        205 SE Spokane St. #300
        Portland, OR 97202
        Tel: 971-570-9225
        info@steffenlegal.com


**PLAINTIFF'S MOTION FOR EXTENSION OF SUMMARY JUDGMENT TIMELINES**
Page 2 of 2